DAVID N. KELLEY
United States Attorney for the
Southern District of New York
By: WENDY H. WASZMER*
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone:  (212) 637-2729
Facsimile:  (212) 637-2717
* Authorized to represent the United States in this District.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,

        Plaintiff,

       v.

BRUCE USEO, MAUREEN USEO, ORANGE
COUNTY DEPARTMENT OF SOCIAL
SERVICES, JOHN DOES NOS. 1-10
and JANE DOES NOS. 1-10,

        Defendants.

- - - - - - - - - - - - - - - - - -x

05 CV 5399

NOTICE OF
PENDENCY

05 Civ. ____

    PLEASE TAKE NOTICE THAT the above-captioned action has been commenced and is now pending in the United States District Court for the Southern District of New York to foreclose a Mortgage dated and recorded on December 18, 1992, in the Orange County Clerk's Office, in Liber 4545 of Mortgages at Page 146 (a copy of which is attached hereto as Exhibit A).

    The real property described in the aforementioned Mortgage affected by said foreclosure action was at the time of this Notice, situated in the Town of Greenville, County of

Orange, and State of New York and is more particularly described on the Mortgage attached as Exhibit A.

The Clerk of the County of Orange is directed to index this notice against the names of all of the defendants in the Complaint and against the property described above.

Dated:   New York, New York
         June 7, 2005

                              DAVID N. KELLEY
                              United States Attorney for the
                              Southern District of New York
                              Attorney for the United States
                              of America

                         By: _____
                              WENDY H. WASZMER
                              Assistant United States Attorney
                              86 Chambers Street
                              New York, New York  10007
                              Telephone: (212) 637-2729
                              Facsimile: (212) 637-2717