```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

United States of America,

    Plaintiff(s),       05 Civ. 5399 (CM)(GAY)

   -against-

Bruce Useo, et al.,

    Defendant(s).

------------------------------------------------------------- x

### ORDER RE SCHEDULING AND
### INITIAL PRETRIAL CONFERENCE

McMAHON, District Judge.

   This action having been assigned to me for all purposes, it is hereby,

   ORDERED as follows:

   1. Counsel receiving this order shall promptly mail copies hereof to all other counsel of record or, in the case of parties for which no appearance has been made, to such parties.

   2. Counsel for **all** parties are directed to confer regarding an agreed scheduling order. If counsel are able to agree on a schedule **and the agreed schedule calls for filing of the pretrial order not more than six (6) months from the date of this order,** counsel shall sign and mail or fax **within forty-five (45) days from the date hereof** a consent order in the form annexed for consideration by the Court. **The trial ready date shall be left blank.** If such a consent order is not filed within the time provided, a conference will be held on 8/5/2005 in courtroom 521, 300 Quarropas Street, White Plains, New York at 11:30 a.m.

   3. Any party desiring a conference with the Court for purposes of discussing settlement, narrowing of issues, or other pertinent pretrial matters may request a conference by letter.

   4. If a motion is filed prior to the conference date, the parties must attend the conference, even if counsel consent to a scheduling order. Upon request, the court will adjourn the conference until the motion is fully briefed.

   5. Parties are to follow Judge McMahon's practice rules. Those rules can be found on the Court's website www.nysd.uscourts.gov

                 _____
                 Hon. Colleen McMahon
                 United States District Judge

**MICROFILM**
JUN 30 2005
USDC SD NY WP