# United States District Court

SOUTHERN DISTRICT OF NEW YORK

United States of America

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 05 Civ.

Bruce Useo, Maureen Useo, Orange County Department of Social Services, John Does Nos. 1 through 10, and Jane Does Nos. 1 through 10.

**05 CV 5399**

**JUDGE McMAHON**

TO: (Name and address of defendant)

Bruce Useo
10 James Court
Port Jervis, NY 12771-3144

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Wendy H. Waszmer, Assistant United States Attorney
U.S. Attorney's Office, Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUN 0 7 2005

CLERK  *Marcos Quintero*

DATE

(BY) DEPUTY CLERK

# AFFIDAVIT OF SERVICE

COUNTY OF _____

ATTORNEY: CAPITAL PROCESS
FF/INDEX #: 05 CV 5399
DATE FILED: 6/7/05
DOCKET #:

UNITED STATES OF AMERICA,

Plaintiff(s)/Petitioners(s)

- AGAINST -

BRUCE USEO, ET AL

Defendants(s)/Respondent(s)

COURT D/T:
AMOUNT:

## STATE OF NEW YORK COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on JUNE 18, 2005 at 9:20 AM at 10 JAMES COURT, PORT JERVIS, NY 12771-3144

deponent served the within **SUMMONS IN A CIVIL CASE & COMPLAINT, NOTICE OF PENDENCY, JUDGE'S RULES AND ELECTRONIC CASE FILING**

on **BRUCE USEO** therein named

**SUITABLE AGE** [✓] By delivering a true copy thereof to and leaving with **MAUREEN USEO - CO-OCCUPANT** a person of suitable age and discretion, the said premises being the defendants - respondents

[✓] dwelling place [ ] place of business [ ] last known address  within the State of New York

[ ] AND AT THE SAME TIME PAYING IN ADVANCE    THE AUTHORIZED FEE

**DESCRIPTION** Deponent describes the individual served as follows:

FEMALE   WHITE SKIN   BROWN HAIR   40-45 YRS   5'2"-5'5"   130-140 LBS

Other identifying features:

**GLASSES**

**MAILING** [✓] Deponent completed said service under the last two sections by depositing a copy of the above named process in a postpaid properly addressed envelope in an official depositary under the exclusive card and custody of the United States Post Office in the State of New York, addressed to the defendant in an envelope bearing the legend "Personal and Confidential" and not indicating on the outside of the envelope that the communication is from an attorney

Mailed on: **JUNE 22, 2005**
[✓] at his last known residence [ ] at his place of business
Address confirmed by:

**MILITARY SERVICE** [✓] I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on: **JUNE 22, 2005**

_(signature)_ JOAN KULIKOWSKI

_(signature)_ JOANN JOHNSON

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES JULY 15, 20__
01G05013764

JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES AUGUST 15, 20_06_
01J05031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES NOVEMBER 30, 20__
4632958