# United States District Court

SOUTHERN DISTRICT OF NEW YORK

United States of America

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 05 Civ.

Bruce Useo, Maureen Useo, Orange County Department of Social Services, John Does Nos. 1 through 10, and Jane Does Nos. 1 through 10.

**05 CV 5399**

**JUDGE McMAHON**

TO: (Name and address of defendant)

Orange County Department of Social Services
County Attorney's Office
255 Main Street
Goshen, NY 10990

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Wendy H. Waszmer, Assistant United States Attorney
U.S. Attorney's Office, Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUN 0 7 2005

CLERK

DATE

(BY) DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ATTORNEY: CAPITAL PROCESS |
| | FF/INDEX #: |
| | 05 CV 5399 |
| | DATE FILED: 6/7/05 |
| | DOCKET #: |
| Plaintiff(s)/Petitioners(s) | |
| - AGAINST - | |
| BRUCE USEO, ET AL | |
| | COURT D/T: |
| Defendants(s)/Respondent(s) | AMOUNT: |

**STATE OF NEW YORK COUNTY OF ORANGE ss:**

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on **JUNE 15, 2005** at **11:30 AM** at **D.S.S. LEGAL DEPARTMENT MAIN STREET, GOSHEN, NY 10924**

deponent served the within **SUMMONS IN A CIVIL CASE & COMPLAINT, NOTICE OF PENDENCY, JUDGE'S RULES AND ELECTRONIC CASE FILING**

on **ORANGE COUNTY DEPARTMENT OF SOCIAL SERVICES** therein named

**CORPORATION** ☑ By delivering to and leaving with **STEVEN TOOLE, ESQ.** so served to be the **SR. ASST. COUNTY ATTORNEY** and that he knew the person of the corporation, and authorized to accept service.

☐ AND AT THE SAME TIME PAYING IN ADVANCE THE AUTHORIZED FEE

**DESCRIPTION** Deponent describes the individual served as follows:

**MALE   WHITE SKIN   BROWN HAIR   50-55 YRS.   6'2"   210 LBS.**

Other identifying features:
**GLASSES, MUSTACHE**

Sworn to before me on: **JUNE 15, 2005**

_signature_
JOHN GOULD

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES JULY 15, 20__
01G05013764

_signature_
JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES AUGUST 15, 20_06_
01J05031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES NOVEMBER 30, 20__
4632958