USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

RECEIVED
JUL 19 2005
CHAMBERS OF
COLLEEN McMAHON

Bruce Useo
10 James Court
Port Jervis NY 12771

July 5, 2005

Judge McMahon
US Distr. Court SDNY
500 Pearl Street, Room 230
New York NY 10007

**MEMO ENDORSED**

RE: Summons in civil case # 05 CV 5399 (USA vs Bruce Useo) (Foreclosure on private residence by mortgage holder the US Dept of Agriculture.

Dear Judge McMahon,

I respectfully ask that I may be granted an extension on my response to the above summons. At least 30 days would be quite helpful. I spoke with Ms. Waszmer of the US Attorneys Office, at (212) 637-2729, who is handling the case and she graciously said she would agree to a postponement. I have sent a copy of this letter to her office as she directed.

Originally I was led to believe I did not need an attorney and could respond to the summons by laying out my information and documentation to make my case. However, with the delivery of the summons and the ECF directions a week and a half ago, I found myself unable to navigate through it. I went to many different sources since. (Ex.: legal aid and Legal Society of The Hudson Valley.) Although I was qualified for services on financial status – no one was willing to handle this because it was not their area of practice.

I would like the time to locate an attorney and accumulate some funds to retain them. I have also not yet received the break down from the Rural Development Central Servicing on how they came to the final figures. It was requested more than a month ago. I would also like to get their disposition on why I was never granted the mediation from the NY State Office of USDA or the appeal from the US Dept of Agriculture Appeals Div. before it went to the Rural Development legal division for referral in the first place. In any case, I now have the number for the Pro-Se Office and hope to get information to navigate the ECF process regardless. However, right now I do not have access into EFC and no access to dates and filings in the case, like the conference on 8/5/05 that I didn't know about till Ms. Waszmer, US Attorney's Office, just mentioned it in our conversation.

Please, my spouse and our four children are living here so, I am taking this with the great gravity it deserves and we would greatly appreciate your consideration. Thank you.

Sincerely,

Bruce Useo

7/15/05 30 day extension granted

Copies mailed / handed / faxed to counsel 7/20/05