Bruce Useo
10 James Ct.
Port Jervis NY 12771
(845) 858-4516
8-5-05

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

**MEMO ENDORSED**

US District Court
Southern District of New York

------------------------------------------------

USA,

    Plaintiff,

v.

Bruce Useo, Maureen Useo,
Orange county Dept. of Social Services,
John Does (1-10) and Jane Does (1-10),

    Defendants.

------------------------------------------------

ANSWER / RESPONSE to COMPLAINT
(Including offer to settle and request for extension / postponement.)

05 Civ. 5399 (CM) (WP)

ECF CASE

*[Handwritten endorsement:] 8/9/05 You can have until September 1. As long as you are representing yourself you need not use ECF. Talk to the Clerk's office for assistance.*

August 8, 2005

Dear Judge McMahon:

Attached is our attempt at answering the complaint referenced above. We would, however, prefer to have the answer prepared by counsel, who will not be returning from vacation until mid-week, August 10th or 11th. As you advised in court this past Friday, we have decided to retain Paul Banner as legal counsel in this matter.

As discussed in your courtroom, Mr. Banner advised us that if we could work out paying off the arrears of our mortgage with the U.S. Attorney's office, there would be no need for his services. We thought Ms. Waszmer would have an answer as to whether or not that was a possibility at that time. As she did not, we feel that it would be in our best interest to proceed as though she does not have the ability to negotiate a settlement at this time, although that would be our first choice.

If your honor would be so kind as to grant us an extension in order to formally retain Mr. Banner, it would be greatly appreciated. This is our second request for an extension. The first request was granted on 7/19/05 for 30 days. We thought we had until the 19th of

August to submit the answer. We spoke with Ms. Waszmer this morning and she is agreeable to an extension of 30 days or so.

We are also unsure as to how to file the answer. We can not access the ECF system. Your rules and regulations say that faxing is adequate, so that is what we have chosen to do, given the lateness of our response. We will also fax a copy to Ms. Waszmer.

I was in your courtroom on Friday, August 5, 2005. I should have asked for an extension then, but was very nervous and didn't connect that we would have to prepare this without legal advice to have it in on time, so we have attached what is, I'm sure, a poor excuse for an answer. Please allow us to the time to have Mr. Banner prepare a thoughtful and proper answer. Thank you for your time and consideration.

Sincerely,

Bruce Useo
Maureen Useo