

**U.S. Department of Justice**

United States Attorney
Southern District of New York

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

RECEIVED
SEP 13 2005

80 Chambers Street, 3rd Floor
New York, New York 10007

September 12, 2005

9/15/05

place case on
suspense
calendar —
bankruptcy

**BY FEDERAL EXPRESS**
The Honorable Colleen McMahon
United States District Judge
United States Courthouse
300 Quarropas Street, Room 533
White Plains, New York 10601-4150

> Re:  **United States v. Bruce Useo, et al.,**
> **No. 05 Civ. 5399 (CM)**

Dear Judge McMahon:

I am the Assistant United States Attorney assigned to represent the United States in the above-referenced foreclosure action.  I write to advise the Court that this Office has been notified by bankruptcy counsel that defendants Bruce and Maureen Useo have filed a voluntary petition for Chapter 13 bankruptcy in United States Bankruptcy Court.  The petition was filed on September 1, 2005, and is currently pending before United States Bankruptcy Judge Cecelia Morris in Poughkeepsie, New York, In re Maureen T. Useo and Bruce Useo, 05-37489 (CGM).  I therefore respectfully request that the Court stay discovery pending further developments in the newly-filed bankruptcy, notwithstanding the discovery deadlines established by the Court's order, dated August 5, 2005 (copy enclosed).

As this district court action seeks foreclosure with regard to property of the debtors' estate, it is our understanding that defendants' filing of a voluntary petition pursuant to Section 301 of the Bankruptcy Code, 11 U.S.C. § 301, operates as a stay on further proceedings in this case, unless the stay is lifted by the bankruptcy court. See 11 U.S.C. § 362. Accordingly, pursuant to Section 362, the United States will stay any discovery efforts in the current action.  However, the United States reserves any and all claims in this action, and claims or defenses with regard to the pending bankruptcy action, including the right to seek dismissal of the voluntary petition, if appropriate, on the grounds that the petition was filed in bad faith.



MICROFILM
SEP 16 2005
USDC SDNY

Thank you for your consideration of this matter.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: WENDY H. WASZMER
Assistant United States Attorney
Tel.:  (212) 637-2729
Fax.:  (212) 637-2717

cc:  BRUCE AND MAUREEN USEO, pro se (by Federal Express)
10 James Court
Port Jervis, New York 12711

AMANDA JONES, ESQ. (by Federal Express)
Bankruptcy Counsel
Banner & Banner
143 Boardman Road
Poughkeepsie, New York 12603

STEPHEN TOOLE, ESQ. (by Federal Express)
County of Orange Department of Law
Senior Assistant County Attorney
285 Main Street
Goshen, New York 10924

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
```

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY  FILED            │
│ DOC #: _____          │
│ DATE FILED: _____         │
└─────────────────────────────────┘
```

United States of America,

          Plaintiff(s),                           05 Civ. 5399 (CM)(GAY)

        -against-

Bruce Useo, et al.,

          Defendant(s).

_____X

## CIVIL CASE MANAGEMENT PLAN

    1. This case is/is not to be tried to a jury.

    2. Discovery pursuant to Fed.R.Civ.P. 26(a) shall be exchanged by _____, which is 30 days after service on the last defendant to be served.

    3. No additional parties may be joined after _____.

    4. No pleading may be amended after_____.

    5. All discovery, *including expert discovery*, must be completed on or before __11/30/05_____. (For personal injury, civil rights, employment discrimination or medical malpractice cases only): Plaintiff's deposition shall be taken first, and shall be completed by _____. PLEASE NOTE: the phrase "all discovery, including expert discovery" means that the parties must select and disclose their experts' identities and opinions, as required by Fed. R. Civ. P. 26(a)(2)(B), *well before* the expiration of the discovery period. Expert disclosures conforming with Rule 26 must be made no later than _____.

    6. A joint pre-trial order in the form prescribed in Judge McMahon's individual rules, together with all other pre-trial submissions required by those rules (not including in limine motions), shall be submitted on or before __12/9/05__. Following submission of the joint pre-trial order, counsel will be notified of the date of the final pre-trial conference. In limine motions must be filed within five days of receiving notice of the final pre-trial conference; responses to in limine motions are due five days after the motions are made. Cases may be called for trial at any time following the final pre-trial conference.

    7. No motion for summary judgment may be served after the date the pre-trial order is

due. *The filing of a motion for summary judgment does not relieve the parties of the obligation to file the pre-trial order and other pre-trial submissions on the assigned date.*

8. This case has been designated to the Hon. United States Magistrate _____ White Plains for discovery disputes, which will be resolved under the White Plains Magistrates' standing order for Resolution of Discovery Disputes, and for trial under 28 U.S.C. Section 636(c) if counsel execute their consent in writing. Discovery disputes do not result in any extension of the discovery deadline or trial-ready date.

9. This scheduling order may be altered or amended only on a showing of good cause not foreseeable at the time this order is entered. *Counsel should not assume that extensions will be granted as a matter of routine.*

Dated: 8/5/05
White Plains, New York 10601

SO ORDERED

_____
Hon. Colleen McMahon
United States District Judge