MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: WENDY H. WASZMER
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel.: (212) 637-2729
Fax: (212) 637-2717



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
UNITED STATES OF AMERICA,           :     ECF CASE
                      Plaintiff,    :
                                    :
            v.                      :     05 Civ. 5399 (KMK) (GAY)
                                    :
BRUCE USEO, et al.,                 :     NOTICE OF VOLUNTARY
                                    :     DISMISSAL PURSUANT TO
                      Defendants.   :     FED. R. CIV. P. 41(a)(1)
                                    :
------------------------------------------------------------x

      Plaintiff, the United States of America, by its attorney, Michael J. Garcia, United States Attorney for the Southern District of New York, hereby provides notice that it is dismissing this action as against all defendants, none of which has served an answer or motion for summary judgment to date, pursuant to Federal Rule of Civil Procedure 41(a)(1).



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

Dated: New York, New York
October 11, 2007

                  MICHAEL J. GARCIA
                  United States Attorney for the
                  Southern District of New York
                  Attorney for the United States of America

By: _____
                  WENDY H. WASZMER
                  Assistant United States Attorney
                  86 Chambers Street
                  New York, New York 10007
                  Telephone: (212) 637-2729
                  Facsimile: (212) 637-2717